RECEIVED

AUG 2 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED

SEP 1 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **EDGAR ENRIQUE MORENO-ORTIZ**<br>**A 20842171/9802** | **CIVIL ACTION NO. 07-1178**<br>**SECTION P** |
| VS. | **JUDGE DOHERTY** |
| **ALBERTO GONZALES, ET AL.** | **MAGISTRATE JUDGE METHVIN** |

### *JUDGMENT*

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the petition for writ of habeas corpus [Docs. 1-1 & 4] be **DENIED AND DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, at Lafayette, Louisiana, the 11 day of Sept, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE